No. 04–531. MICHIGAN v. RUSSELL. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis*

granted. Certiorari denied.